UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GARY MACHETTA, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:16-CV-2377 |
| § | |
| THE HONORABLE CONRAD L. MOREN, *et* § | |
| *al*, § | |
| § | |
| Defendants. § | |

### ORDER

The Court has reviewed the Report and Recommendation ("R&R") of the Magistrate Judge concerning the defendants' motion to dismiss [DE# 66], the plaintiff's objections [DE# 67], the plaintiff and defendants' advisories [DE#s 72 and 73] and, being fully advised, ADOPTS the Magistrate Judge's R&R.

It is ORDERED that the defendants' motion to dismiss be, and it is, Hereby Granted.

It is so ORDERED.

SIGNED on this 28th day of June, 2017.

_____
Kenneth M. Hoyt
United States District Judge